UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS - 6

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 07-01439-CJC(RNBx) | Date | July 21, 2008 |
|---|---|---|---|
| Title | Philip Salbato v. NIC Insurance Company | | |

| Present: The Honorable | CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Michelle Urie | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**  ( IN CHAMBERS) ORDER DISMISSING ACTION ON STIPULATION TO DISMISS ACTION WITH PREJUDICE

The Court, having been advised by counsel that this action has been settled by Stipulation to Dismiss Action filed on July 15, 2008, hereby orders this action dismissed with prejudice.  The Court hereby orders all proceedings in the case vacated and taken off calendar.

The Court retains jurisdiction for thirty days to vacate this order and to reopen the action upon showing of good cause that the settlement has not been completed.  This order shall not prejudice any party in this action.

|   | : | 0 |
|---|---|---|
| Initials of Preparer | MU | |